"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 17 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HOFFMAN,<br><br>  Petitioner,<br><br>vs.<br><br>JOHN MARSHALL, Warden,<br><br>  Respondent. | Case No. CV 09-0187-R (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge filed herein on November 3, 2009. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that petitioner's Motion to Reopen is DENIED.

DATED: Dec. 17, 2009

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE